UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Civil File No.01-1721 (MJD/JGL)
Case Type: Contract

David Trulson,

Plaintiff,

vs.

Waste Management of Minnesota, Inc.,

Defendant.

**STIPULATION AND ORDER TO AMEND ANSWER**

WHEREAS, Defendant has served and filed its Notice of Motion & Motion to Amend Defendant's Answer and Memorandum of Law in Support of It's Motion to Amend Its Answer;

NOW THEREFORE, the parties, by and through their respective counsel, herby stipulate and agree that:

1. The Defendant may amend its Answer to assert the Affirmative Defense of After Acquired Evidence.

The Defendant shall file and serve the Amended Answer to the Complaint within five business days after entry of this Order.

Dated: 8-14-02

WALSTEN & TE SLAA, P.A.

By [signature]

Trevor R. Walsten (#122695)
Attorney for Plaintiff
2000 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, MN 55431
Telephone: (952) 896-5100
Fax: (952) 896-5111

FILED 8-16-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 8/14/02

BRIGGS & MORGAN, P.A.

By ______________________

Jack Y. Perry (#209272)
Jason M. Hedican (#271548)
Attorneys for Defendant
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

TOTAL P.05

# ORDER

Pursuant to Rules 15 and 16 of the Federal Rules of Civil Procedure and based upon the files, records, affidavits, and the foregoing Stipulation of Counsel the undersigned Honorable Chief Magistrate Judge Jonathan G. Lebedoff, in and for the United States District Court, District of Minnesota, Third Division, hereby orders that:

Defendant Waste Management of Minnesota, Inc. may amend its Answer to assert the Affirmative Defense of After Acquired Evidence. The Defendant shall file and serve the Amended Answer to the Complaint within five business days after entry of this Order; and

Dated: Aug. 16, 2002

Chief Magistrate Judge Jonathan Lebedoff

P.05/05
AUG-14-2002 17:18